# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10         UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY**

Jonathan W Mulgrew
_____

(Full name of the Plaintiff(s) in this action)

v.

Louisville Metro Dept.
of Corrections;
Ky Dept. of Corrections

CIVIL ACTION NO. 3:20-CV-50-DJH
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jonathan W Mulgrew

Place of Confinement: Louisville metro

Address: 400 S 6th St.

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _louisville metro department corr._ is employed as _Medical Staff_ at _County Jail_.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(2) Defendant _Ky D.O.C._ is employed as _Ky D.O.C_ at _Ky D.O.C_.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

     (5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

    Plaintiff(s): _____

    _____

    Defendant(s): _____

    _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 11-20-19 at 1:15 p.m., I (Jonathan Mulgrew, a State inmate of KyDOC) Slipped on a wet floor resulting in a compound fracture of the right Ulna bone (Elbow) and 2 Fractured Ribs. Staff was immediatly informed by inmate (Blake Craft) via emergency medical button inside Dorm (J3, 4B). Respondants were officer's Hagun and Harmon. I was Seen by a Nurse and given 2 tylenol, nothing more. The Dr. (Smith) presumed my accident had been either falsified or overstated and denied my pleas to be a.) Taken to the hospital and B.) provided with a Sling because I was not physically capable of supporting/protecting the afflicted area. Thus requiring a makeshift Sling using Trashbags. An X-ray was scheduled for the following evening at 6:45 p.m ~~the~~ ~~#~~ (11-21) and was eventually transported

4

### III. STATEMENT OF CLAIM(S) continued

To UofL Hospital, promptly admitted ~~and Scheduled~~ the following morning (11 a.m, 11-22-19) and underwent Surgery on 11-23-19. During the time period between 1:15 p.m on 11-20-19 to approximately 5:00 p.m on 11-21-19 my right hand developed substantial and prolonged loss of feeling (numbness) Resulting in partial loss of use in my dominate hand. My claim against both Louisville Metro Dept of Corrections and Ky D.O.C. is medical malpractice, negligence of pain and suffering. At the time of this Statement I have been Denied a copy of my Medical Records. All Claims can be verified via Video footage.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__a.__ award money damages in the amount of $ ~~100,000~~ 100,000 (medical expenses)

_____ grant injunctive relief by_____

__b.__ award punitive damages in the amount of $ ~~50,000~~ 50,000 (pain & suffering)

_____ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _15_ day of _December_, 20_19_.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6